

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-19-00410-CV

**COBRA ACQUISITIONS LLC** and Arty Straehla,
Appellants

v.

Craig **CHARLES,** Julian Calderas, Jr., and AL Global Services, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellants' motion for an extension of time to file their reply brief is GRANTED. Appellants' reply brief is due on or before October 15, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court